No. 1333, Misc. CASE *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. Petitioner *pro se. T. W. Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Assistant Attorney General, for respondent.

No. 1337, Misc. BURELL *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. Petitioner *pro se. T. W. Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Assistant Attorney General, for respondent.

No. 1338, Misc. BROWN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 1339, Misc. NUNES *v.* PATE, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 1340, Misc. SPECHT *v.* TINSLEY, WARDEN. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 1342, Misc. PUCKETT *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 1346, Misc. BARNETT *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1347, Misc. MARION *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1351, Misc. GOODSON *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.